IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNEZ TUCKER,<br><br>          Petitioner,<br><br>vs.<br><br>MICHEAL MEYERS,<br><br>          Respondent. | 8:24CV187<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on a letter from Petitioner Cornez Tucker. Filing No. 9. The letter is merely a handwritten copy of the Court's August 8, 2024, Memorandum and Order directing Petitioner to either pay the $5.00 filing fee or file a request to proceed in forma pauperis. *See* Filing No. 7. The Court's August 8, 2024, Memorandum and Order was returned to this Court as undeliverable on August 19, 2024. *See* Filing No. 8. However, as it now appears Petitioner is still confined in the Douglas County Corrections Center, the Court will give Petitioner an additional 30 days to either pay the filing fee or submit a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Petitioner.

      IT IS THEREFORE ORDERED that:

      1.    Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2

2. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 28, 2024**: Check for MIFP or payment.

Dated this 26th day of September, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge